```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     TEXARKANA DIVISION
```

SHARON ARMSTRONG                                               PLAINTIFF

      v.          Civil No. 06-4016

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                 DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the Commissioner's decision denying plaintiff benefits and dismisses plaintiff's case with prejudice.

IT IS SO ORDERED AND ADJUDGED this 22nd day of March 2007.

                                      /S/JIMM LARRY HENDREN
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.